December 15, 2006

Mr. Craig A. Morgan
Attorney at Law
718 Sunfish
Austin, TX 78734

Mr. Michael W. Eady
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin Centre
Austin, TX 78701

Mr. Alex M. Miller
Watts Law Firm, L.L.P.
300 Convent Street , Suite 100
San Antonio, TX 78205
Mr. Jaime A. Saenz
Rodriguez, Colvin Chaney & Saenz, L.L.P.
P. O. Box 2155
Brownsville, TX 78522

Mr. Juan J. Hinojosa
Hinojosa & Powell, P.C.
612 Nolana, Suite 410
McAllen, TX 78504

RE: Case Number: 04-0794
 Court of Appeals Number: 13-03-00476-CV
 Trial Court Number: 28,564-A

Style: LAND ROVER U. K., LTD., LAND ROVER NORTH AMERICA, INC., FORD
 MOTOR COMPANY, AND GUNN INFINITY, INC., D/B/A GUNN RANGE ROVER
 v.
 JUAN J. HINOJOSA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. J. D. |
| |Salinas III |